IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE A. DEUSCHEL,

    Plaintiff,                               No. CIV S-03-2072 GEB GGH PS

    vs.

JO ANNE B. BARNHART,                   ORDER
Commissioner of
Social Security,

    Defendant.
_____/

        On April 5, 2005, defendant filed a report concerning the status of the administrative proceedings regarding plaintiff's waiver request.  At that time, defendant represented that plaintiff's request for a hearing was pending in the SSA's Office of Hearings and Appeals in Sacramento.  Defendant has filed no report since that time, and it has now been almost a year since discovery was stayed pending the outcome of administrative proceedings.

        Accordingly, IT IS ORDERED that defendant shall file a status report within fifteen days with an update on the status of administrative proceedings regarding plaintiff's waiver request.

DATED: 11/22/05                                     /s/ Gregory G. Hollows

                                                        GREGORY G. HOLLOWS
                                                        U.S. MAGISTRATE JUDGE

GGH/076 - deuschel2072.rpt.wpd