IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE A. DEUSCHEL,

      Plaintiff,

      vs.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

      Defendant.
_____/

No. CIV S-03-2072 GEB GGH PS

ORDER

On April 5, 2005, defendant filed a report concerning the status of the administrative proceedings regarding plaintiff's waiver request. At that time, defendant represented that plaintiff's request for a hearing was pending in the SSA's Office of Hearings and Appeals in Sacramento. On December 2, 2005, defendant filed another report indicating that plaintiff's case was in post-hearing development status. Defendant has filed no report since that time, and discovery has been stayed since December 14, 2004, pending the outcome of administrative proceedings. The court finds that the time taken in processing the waiver request has been unnecessarily long, without satisfactory explanation for the delay.

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that defendant shall file a response within fifteen
2  days showing cause why the administrative proceedings have been so prolonged, and an update
3  regarding the status of plaintiff's waiver request.

DATED: 7/24/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

GGH/076 - deuschel2072.ord.wpd