IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE A. DEUSCHEL,

    Plaintiff,   No. CIV S-03-2072 GEB GGH PS

    vs.

JO ANNE B. BARNHART,   <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

    Pursuant to this court's order to show cause filed July 24, 2006, defendant has timely filed a response explaining that on August 4, 2006, an opinion unfavorable to plaintiff on her waiver request was rendered by the Commissioner's Office of Disability Adjudication and Review (ODAR), and plaintiff's case was routed to the ODAR Office of Appellate Operations for further consideration should plaintiff timely file an appeal within sixty days. The order to show cause will therefore be discharged and this case administratively closed. Either party may seek to reopen this case upon application asserting a perceived failure of process or adjudicated result.

\\\\\

\\\\\

1   Accordingly, IT IS ORDERED that:

2   1. The order to show cause filed July 24, 2006 is hereby discharged; and

3   2. This case is administratively closed without prejudice to its reopening upon a

4  showing of good cause by either party.

5   So ordered.

6  DATED:  9/28/06                               /s/ Gregory G. Hollows

7                                                GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE
8

9  NOW6:Deuschel.disch