IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE A. DEUSCHEL,

    Plaintiff,                    No. CIV S-03-2072 GEB GGH PS

    vs.

MICHAEL J. ASTRUE,                    <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

        Pursuant to this court's order filed February 28, 2008, plaintiff has filed an amended complaint seeking review of the final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), and defendant has filed an answer. The administrative transcript was filed on May 22, 2008.

        The case is assigned to the undersigned pursuant to E. D. Cal. L. R. 72-302(c)(15), and is exempted from the mandatory scheduling order requirements of Fed. R. Civ. P. 16(b) pursuant to E. D. Cal. L. R. 16-240(c)(1). Accordingly, unless good cause is shown upon written motion, the case shall proceed on the following schedule:

        1. Within 45 days of the filing date of this order, plaintiff shall serve and file a motion for summary judgment and/or remand.

1  2. Within 30 days after the service of plaintiff's motion for summary judgment
2 and/or remand, defendant shall file any opposition and/or motion for summary judgment.
3  3. Within 20 days thereafter, plaintiff's reply, if any, shall be filed.
4  4. The case will be submitted on the papers unless, within ten days after the time
5 for filing a reply, a request for oral argument is filed.  Requests shall identify issues and explain
6 why oral argument would be helpful.  The court will schedule a hearing if it determines oral
7 argument would be of material assistance.  E.D. Cal. L. R. 78-230(h).
8  5. Briefs shall clearly and separately set forth each issue, including separate
9 headings and discussion.
10  So ordered.
11 DATED: 06/30/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH5:Deuschel2072.sch