IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE A. DEUSCHEL,

    Plaintiff,                                   No. CIV S-03-2072 GEB GGH PS

    vs.

MICHAEL J. ASTRUE,                            ORDER
Commissioner of Social Security,

    Defendant.

_____/

        Plaintiff has timely filed an initial ex parte request for extension of time, due to health reasons, within which to serve and file her motion for summary judgment and/or remand. E. D. Cal. L. R. 6-144(c). Good cause having been shown, plaintiff's request is hereby granted.

        Accordingly, plaintiff shall serve and file her motion for summary judgment and/or remand on or before October 3, 2008. The remaining briefing schedule set forth in this court's order filed June 30, 2008, shall remain in effect.

    So ordered.

DATED: 09/03/08                                        /s/ Gregory G. Hollows

                                                          GREGORY G. HOLLOWS
                                                          U. S. MAGISTRATE JUDGE

GGH5:Deuschel2072.eot II