1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8934
       Facsimile: (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                        **SACRAMENTO DIVISION**

12 LAURIE DEUSCHEL,                )
                                   )   CIVIL NO. 2:03-CV-02072-GEB GGH
13     Plaintiff,                  )
                                   )
14         v.                      )   **MOTION FOR EXTENSION OF TIME**
                                   )   **AND ORDER**
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )
16 Social Security,                )
                                   )
17     Defendant.                  )
   _____ )
18

19      Defendant, through his attorney undersigned, moves this Court for an Order granting Defendant

20 an additional 30 days, to and including December 3, 2008, within which to file his response to Plaintiff's

21 Motion for Summary Judgment and/or Remand. This Order is sought on the grounds that the

22 undersigned has had to answer and brief a large number of cases within the past month, and needs

23 additional time to review the issues raised in this case.

24      On November 3, 2008, the undersigned telephoned pro se Plaintiff informing her of this request.

25 Plaintiff informed the undersigned that she expressed no objection.

26 ///

27 ///

28 ///

Respectfully submitted,

Dated: November 3, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED: November 5, 2008

/s/ Gregory G. Hollows
THE HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

deuschel.eot

2 - Motion & Order Extending Def's Time