IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE A. DEUSCHEL,

       Plaintiff,                    No. CIV S-03-2072 GEB GGH PS

     vs.

MICHAEL J. ASTRUE,                    ORDER
Commissioner of Social Security,

       Defendant.        ORDER

_____/

          Defendant has filed his second request for an extension of time to file his response

to plaintiff's motion for summary judgment and/or remand.  Plaintiff has filed an opposition to

the request.  Although plaintiff's opposition has merit, the amount of time extension sought

herein is short.  No further extensions of time will be granted.

          IT IS HEREBY ORDERED that:

          1.  Defendant's request for an extension of time is granted; and

          2.  Defendant is granted until December 17, 2008 to file a response to plaintiff's

motion for summary judgment and/or remand.  No further extensions of time will be granted.

DATED: December 11, 2008           /s/ Gregory G. Hollows

                                _____
                                UNITED STATES MAGISTRATE JUDGE

GGH:076
Deuschel2072.36.wpd

1