IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE A. DEUSCHEL,

    Plaintiff,                                        No. CIV S-03-2072 GEB GGH PS

    vs.

MICHAEL J. ASTRUE,                              <u>ORDER</u>
Commissioner of Social Security,

    Defendant.

_____/

        Plaintiff has filed a request to amend or supplement her summary judgment motion based on an asserted error by the Social Security Administration in calculating her earnings. This alleged error amounts to a difference of $67.50 which is not significant to the outcome of this case. Moreover, this action has been pending for over five and a half years, and it will not be prolonged further.

        Accordingly, IT IS ORDERED that plaintiff's January 15, 2009 request to file an amended or supplemental motion for summary judgment or remand is denied.

DATED: February 23, 2009

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH5:Deuschel2072.sup

1